RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for LUIS MANUEL HERNANDEZ CORTES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS MANUEL HERNANDEZ CORTES, <br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE, *et al.*, <br><br> Respondents. | Case No. 2:26-cv-01869-MMD-MDC <br><br> **ORDER GRANTING MOTION TO CONTINUE AMENDED PETITION DEADLINE**[1] |

This Court has set a deadline for filing an amended petition of July 9, 2026. ECF No. 4. Counsel now requests a 10-day extension to that deadline.

Counsel has not been able to meet with Mr. Hernandez Cortes to discuss this case—though counsel has diligently attempted to. Specifically, despite efforts to schedule a zoom meeting with Mr. Hernandez Cortes (detained at the Pahrump detention center), jail staff and undersigned counsel have been unable to find a mutually-available time for such a meeting. Counsel hopes to meet with Mr. Hernandez Cortes via zoom next week. But because

---

[1] On July 8, undersigned counsel asked Respondents' position on this motion. As of the time of filing, counsel for Respondents have not responded. Given Mr. Hernandez Cortes's amended petition deadline, counsel is filing this motion now.

undersigned has not yet been able to meet with his client, he respectfully requests a 10-day extension to the amended petition deadline.

DATED July 9, 2026.

By:  */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender

**IT IS SO ORDERED:**

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**DATED** this <u>10th</u> day of July, 2026.

2