TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
martin.mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Luis Manuel Hernandez Cortes,<br><br>Petitioner,<br><br>v.<br><br>John Mattos, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01869-MMD-MDC<br><br>**Order Granting Unopposed Motion for Extension of Time for Federal Respondents to File a Response to Amended Petition for Writ of Habeas Corpus, ECF No. 9**<br><br>**(First Request)** |

Federal Respondents, through undersigned counsel, move this Court for an extension to and including August 5, 2026, to file a Response to Petitioner's Amended Petition, ECF No. 9. This extension is requested because undersigned counsel is preparing an appellate brief in another matter due this Friday, July 31, 2026. Petitioner's counsel does not oppose this extension.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

///

///

///

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to file a Response to the Amended Petition, ECF No. 9, through and including August 5, 2026.

Respectfully submitted this 27th day of July 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

IT IS SO ORDERED

DATED this 28th day of July, 2026.

Miranda M. Du, U.S. District Judge