UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LUIS MANUEL HERNANDEZ CORTES,

Petitioner,

v.

WARDEN NSDC, *et al.*,

Respondents.

Case No. 2:26-cv-01869-MMD-MDC

ORDER

Petitioner Luis Manuel Hernandez Cortes, an immigration detainee challenging the lawfulness of his federal detention at Nevada Southern Detention Center, filed an amended petition for habeas corpus relief under 28 U.S.C. § 2241 on July 20, 2026.[1] (ECF No. 9 ("Petition").) Petitioner has lived in the United States since 1984; he has been held in ICE's detention since June 3, 2026. (*Id.* at 4-5.) On August 11, 2026, Federal Respondents filed a notice of non-opposition. (ECF No. 17 ("Notice").) In the Notice, Federal Respondents indicated that "[o]n July 16, 2026, an Immigration Judge found Petitioner not removable."[2] (*Id.* at 2.) The Immigration Judge found that "charges against the respondent are not sustainable as his conviction is not an aggravated felony under the law." (ECF No. 17-1 at 5.) The Notice further states that "[o]n August 11, 2026, the Immigration Judge denied the Department of Homeland Security's motion to reconsider." (*Id.*) Accordingly, Federal Respondents do not oppose Ground II of the Petition, alleging that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1226(c). (*Id.*)

[1]The initial petition was filed on June 22, 2026 (ECF No. 1) and the Court issued its screening order on June 25, 2026 (ECF No. 4).

[2]It is not clear why this crucial information—the Immigration Judge's finding—was only disclosed in the Notice, particularly given Petitioner's argument raised in Ground II that the relevant offense does not qualify as an aggravated felony that falls within section 1226(c)'s enumerated ground for mandatory detention. (ECF No. 9 at 10-14.)

Because Petitioner is not subject to mandatory detention but he has been detained since June 3, 2026, the Court grants the Petition.

It is therefore ordered that the Petition is granted on Ground Two. (ECF No. 9.) Respondents must immediately release Petitioner, by no later than 9:00 AM PT on August 12, 2026.

It is further ordered that the parties shall file a joint status report by Wednesday, August 12, 2026 confirming Respondents' compliance with this Order.

The Clerk of Court is instructed to enter judgment accordingly and close this case. The Court retains jurisdiction to enforce its order and judgment. Petitioner may move to reopen this case to enforce the judgment without filing a separate case.

DATED THIS 11th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE